IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00376-MR-WCM

| | |
|---|---|
| SHERRI WILKES, | ) |
| Plaintiff, | ) ) ) ORDER |
| v. | ) ) |
| BUNCOMBE OPERATIONS, LLC *doing business as* Harmony at Reynolds Mountain | ) ) ) ) |
| Defendant. | ) ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 16) filed by Victoria Therese Kepes. The Motion indicates that Ms. Kepes, a member in good standing of the Bar of this Court, is local counsel for Defendant Buncombe Operations, LLC *doing business as* Harmony at Reynolds Mountain and that she seeks the admission of Henry W. Frampton, IV, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 16) and **ADMITS** Henry W. Frampton, IV to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 19, 2021

W. Carleton Metcalf
United States Magistrate Judge