IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00376-MR-WCM

| | |
|---|---|
| SHERRI WILKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| BUNCOMBE OPERATIONS, LLC ) | |
| *doing business as* ) | |
| Harmony at Reynolds Mountain ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 27) filed by Benjamin L. Williams. The Motion indicates that Mr. Williams, a member in good standing of the Bar of this Court, is local counsel for Defendant Buncombe Operations, LLC *doing business as* Harmony at Reynolds Mountain and that he seeks the admission of Joshua D. Wilson, who the Motion represents as being a member in good standing of the Bar of Tennessee. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 27) and **ADMITS** Joshua D. Wilson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 12, 2022

W. Carleton Metcalf
United States Magistrate Judge